**2010–0743. State v. Heft.**
Logan App. No. 8–09–08, 2009-Ohio-5908. On motion for stay of court of appeals' judgment. Motion denied.

**2010–0810. Terry v. Sperry.**
Mahoning App. No. 08–MA–227, 2010-Ohio-1299. On motion for stay of court of appeals' judgment. Motion granted.

Brown, C.J., and Lundberg Stratton and O'Donnell, JJ., would also require a $25,000 appeal bond.

## APPEALS ACCEPTED FOR REVIEW

**2010–0536. In re T.L.**
Medina App. No. 09CA0018–M, 2010-Ohio-402. Discretionary appeal accepted; cause held for the decision in 2008–1693, *State v. Arnold,* Franklin App. No. 07AP–789, 2008-Ohio-3471; and briefing schedule stayed.